# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3950
_____

MICHAEL JOHN BISKIE,

Appellant,

v.

SANDRA LEE ABBOTT, f/k/a
Sandra Lee Biskie,

Appellee.

_____

On appeal from the Circuit Court for Levy County.
David P. Kreider, Judge.

July 9, 2019

PER CURIAM.

AFFIRMED.

WOLF, WETHERELL, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Beth M. Gordon, The Gordon Law Firm, Williston, for Appellant.

Thomas H. Yardley, Cocoa, for Appellee.